

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-14-00656-CV

**IN RE FAMILY DOLLAR STORES OF TEXAS, LLC**,
A Texas Limited Liability Company

Original Mandamus Proceeding[1]

### ORDER

On September 18, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and the real party in interest's response, and has determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable David J. Rodriguez is ORDERED to vacate the September 11, 2014 order on plaintiff's motion to compel and for sanctions. The writ will issue only if we are notified that Judge Rodriguez has not complied within fifteen days from the date of this order.

It is so **ORDERED** on April 29, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 391473, styled *2444 Babcock, Ltd., a Texas Limited Partnership v. Family Dollar Stores of Texas, LLC, a Texas Limited Liability Company*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.